IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHANNON BOCK and TAMMY TRIMM, )
)
       **Plaintiffs,** )
)
vs. ) CIVIL NO. 08-603-GPM
)
CARLA R. PRUITT, SETH E. STINNETT, )
OFFICER COLE, CHRISTOPHER )
SULLIVAN, and CITY OF ALTON, )
)
       **Defendants.** )

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: 7/10/09

                                            JUSTINE FLANAGAN, ACTING CLERK

                                            By: s/ Linda M. McGovern
                                                  Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                   G. Patrick Murphy
                   United States District Judge